UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                      CR. NO. 08-20488
v.                     HONORABLE PATRICK J. DUGGAN

KIMANI HARDGE,

    Defendant.

_____/

## ORDER TO ADMIT LAPTOP COMPUTER AND COMPACT DISCS TO WAYNE COUNTY JAIL

**IT IS HEREBY ORDERED** that Stacey Studnicki of the Federal Defender Office be permitted to take a laptop computer and compact discs into the Wayne County Jail for the purpose of enabling defendant Kimani Hardge, an inmate at the Wayne County Jail, to view and listen to discovery evidence in the above case, contained on the compact discs.

**SO ORDERED.**

                      S/Patrick J. Duggan
                      Patrick J. Duggan
                      United States District Judge

Dated: October 7, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 7, 2008, by electronic and/or ordinary mail.

                      S/Marilyn Orem
                      Case Manager